UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X        **07-CV-5670**

BRIAN GREEN,

              Plaintiff,

   -against-        **RULE 7.1**
                            **DISCLOSURE**

FOCUS RECEIVABLES MANAGEMENT, LLC,

              Defendant.

- - - - - - - - - - - - - - - - - - X

      Defendant, FOCUS RECEIVABLES MANAGEMENT, LLC, by its attorney, Arthur Sanders, alleges it has no publicly traded parent companies.

Dated:  Spring Valley, New York
        July 16, 2007

                                      /S/_____
                                     ARTHUR SANDERS, ESQ. (AS-1210)
                                     Attorney for defendant
                                     2 Perlman Drive – Suite 301
                                     Spring Valley NY 10977-5230
                                     845-352-7272

# CERTIFICATE OF SERVICE

    I hereby certify that on July 16, 2007 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and or the Southern District's Rules On Electronic Service upon the following parties and participants:

    Amir J. Goldstein, Esq.

    _/S/_____
    ARTHUR SANDERS