UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X   **07-CV- 5670**

BRIAN GREEN,

              Plaintiff,

  -against-                  ANSWER TO COMPLAINT

FOCUS RECEIVABLES MANAGEMENT, LLC,

              Defendant.

- - - - - - - - - - - - - - - - - -X

    Defendant, FOCUS RECEIVABLES MANAGEMENT, LLC, by its attorney Arthur Sanders, as and for its answer to the complaint of plaintiff, alleges as follows:

    1.   Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "1" of the Complaint.

    2.   Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "2" of the Complaint.

    3.   Defendant admits the allegation contained in Paragraph "3" of the Complaint.

    4.   Defendant denies that venue is proper as neither the plaintiff nor the defendant reside in the Southern District of New York.

5. Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "5" of the Complaint.

6. Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "6" of the Complaint.

7. Defendant admits the allegation contained in Paragraph "7" of the Complaint.

8. Defendant admits the allegation the allegation contained in Paragraph "8" of the Complaint.

9. Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "9" of the Complaint.

10. Defendant denies the allegation contained in Paragraph "10" of the Complaint.

11. Defendant denies the allegation contained in Paragraph "11" of the Complaint.

12. Defendant denies the allegation contained in Paragraph "12" of the Complaint.

13. Defendant denies the allegation contained in Paragraph "13" of the Complaint.

14. Defendant denies the allegation contained in Paragraph "14" of the Complaint.

15. Defendant denies the allegation contained in Paragraph "15" of the Complaint.

16. Defendant denies the allegation contained in Paragraph "16" of the Complaint.

17. Defendant denies the allegation contained in Paragraph "17" of the Complaint.

18. Defendant denies the allegation contained in Paragraph "18" of the Complaint.

19. Defendant denies the allegation contained in Paragraph "19" of the Complaint.

20. Defendant denies the allegation contained in Paragraph "20" of the Complaint.

21. Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "21" of the Complaint.

22. Defendant denies the allegation contained in Paragraph "22" of the Complaint.

23. Defendant denies the allegation contained in Paragraph "23" of the Complaint.

24. Defendant denies the allegation contained in Paragraph "24" of the Complaint.

25. Defendant denies the allegation contained in Paragraph "25" of the Complaint.

26. Defendant denies the allegation contained in Paragraph "26" of the Complaint.

27. Defendant denies the allegation contained in Paragraph "27" of the Complaint.

28. Defendant denies the allegation contained in Paragraph "28" of the Complaint.

29. Defendant denies the allegation contained in Paragraph "29" of the Complaint.

30. Defendant denies the allegation contained in Paragraph "30" of the Complaint.

31. Defendant denies the allegation contained in Paragraph "31" of the Complaint.

32. Defendant denies the allegation contained in Paragraph "32" of the Complaint.

33. Defendant denies the allegation contained in Paragraph "33" of the Complaint.

34. Defendant denies the allegation contained in Paragraph "34" of the Complaint.

35. Defendant denies the allegation contained in Paragraph "35" of the Complaint.

36. Defendant denies the allegation contained in Paragraph "36" of the Complaint.

37. Defendant denies the allegation contained in Paragraph "37" of the Complaint.

WHEREFORE, defendant, FOCUS RECEIVABLES MANAGEMENT, LLC, requests Judgment dismissing the complaint with prejudice and denying all requested relief therein, together with such other and further relief as the Court deems just and proper, including costs and reasonable attorneys' fees.

Dated:   Spring Valley, New York
         July 16, 2007

                                    _/S/_____
                                    ARTHUR SANDERS, ESQ. (AS-1210)
                                    Attorney for defendant
                                    2 Perlman Drive – Suite 301
                                    Spring Valley NY 10977-5230
                                    845-352-7272


TO:   AMIR J. GOLDSTEIN, ESQ. (AG-2888)
      Attorney for plaintiff
      591 Broadway, Suite 3A
      New York NY 10012

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2007 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and or the Southern District's Rules On Electronic Service upon the following parties and participants:

Amir J. Goldstein, Esq.

_/S/_____
ARTHUR SANDERS