```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/07
```

CASTEL, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
BRIAN GREEN,

        Plaintiff,

   -against-

FOCUS RECEIVABLES MANAGEMENT, INC.,

        Defendant.
------------------------------X

07-CV-5670 (PKC)

07 Civ 5670

STIPULATION OF
DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, on behalf of their respective clients, that pursuant to Rule 41(a)(1)(ii) this action shall be, and it hereby is, discontinued without prejudice and without costs to either party.

Dated: September 4, 2007

_____
AMIR J. GOLDSTEIN, ESQ.
Attorney for Plaintiff
591 Broadway, #3A
New York NY 10012
212-966-5253

_____
ARTHUR SANDERS, ESQ.
Attorney for Defendant
2 Perlman Drive – Suite 301
Spring Valley NY 10977-5230
845-352-7272

SO ORDERED:

_____
U.S.D.J.

9-4-07